PROB 12A
(Rev. 7/93)

# United States District Court

for

## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>David C. Welsh</u>       Case Number: <u>1:07-00008-06</u>

Name of Sentencing Judicial Officer: <u>The Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>September 30, 2011</u>

Original Offense: <u>21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine</u>

Original Sentence: <u>Time served and two years of supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>September 30, 2011</u>

Assistant U.S. Attorney: <u>Brent Hannafan</u>    Defense Attorney: <u>James Kevin Cartwright</u>

THE COURT ORDERS:
☒ **Remove special condition to complete 24 months' of home confinement.**
☐ No Action
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant
☐ Submit a Request for Summons
☐ Other _____

Considered this <u>3rd</u> day of <u>May</u>, 20<u>13</u> and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Karen L. Webb
U.S. Probation Officer

Date: <u>May 1, 2013</u>    Place: <u>Columbia, TN</u>

U.S. Probation Officer Action:

Mr. Welsh has been on supervised release since September 30, 2011. Since that time he has lived with his wife and children in rural Marshall County, Tennessee. He has maintained steady employment with King Excavation as a truck driver. Mr. Welsh has been offered employment with Alley-Cassetty Company as a truck driver. This position would provide him with a higher wage and health benefits. However, it will at times require travel with overnight stays. Mr. Welsh would like to take this position.

As a special condition of his supervision, Mr. Welsh is on home confinement for 24 months. He is scheduled to expire from both home confinement and supervised release in approximately 5 months, on September 29, 2013. Mr. Welsh has done very well on supervision.

It is recommended that the Mr. Welsh's special condition for home confinement be removed to allow him to accept better employment with Alley-Cassetty. The U.S. Probation Officer has discussed this case with Assistant U.S. Attorney Brent Hannafan, who is agreeable with this recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer